UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK ANTHONY HOLLAND,

        Petitioner,

v.                                Case No. 3:04-cv-943-J-99HTS

JAMES CROSBY, JR., et al.,

        Respondents.

### ORDER

Respondents' June 29, 2005, Renewed Motion to Strike Unauthorized Filings (Doc. #26) is **GRANTED** to the extent that the Affidavit of Mark A. Holland (Doc. #20) and Petitioner's untitled pleading (Doc. #21) are **STRICKEN**. Petitioner may not file any other supplements or amendments to his Petition without seeking prior leave of Court to do so.

    **DONE AND ORDERED** at Jacksonville, Florida, this 23d day of September, 2005.

                                            UNITED STATES DISTRICT JUDGE

ps 9/23
c:
Mark Anthony Holland
Senior Ass't Attorney General McCoy